1   Mario L. Beltramo, Jr., # 053146-0
    Daniel L. Wainwright, #193486
2   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
3   P.O. Box 28912
    5 River Park Place East
4   Fresno, CA  93720-1501
    Telephone:    (559) 433-1300
5   Facsimile:    (559) 433-2300

6   Attorneys for Defendant
    MADERA COMMUNITY HOSPITAL
7

(SPACE BELOW FOR FILING STAMP ONLY)

8               UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11   DONDI VAN HORN, | Case No.  1:08 CV-01622-LJO-DLB |
| 12                    Plaintiff, | **STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, MADERA COMMUNITY HOSPITAL, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON** |
| 13   v. | |
| 14   TINA HORNBEAK individually and as Warden of Valley State Prison For | Action Filed:        10/10/08 |
| 15   Women; JAMES E. TILTON individually and as Secretary of the California | |
| 16   Department of Corrections and Rehabilitation; ROBIN DEZEMBER | |
| 17   individually and as Chief Deputy Secretary of California Department of Corrections | |
| 18   and Rehabilitation; JEFF THOMPSON individually and as Director of California | |
| 19   Department of Corrections and Rehabilitation; ROBERT SILLEN | |
| 20   individually and as former California Health System Receiver; CLARK | |
| 21   KELSON individually and as acting California Health System Receiver; DR. | |
| 22   VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley | |
| 23   State Prison for Women; JAMES HEINRICH individually and as a physician | |
| 24   employed at Valley State Prison for Women; MADERA COMMUNITY | |
| 25   HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an | |
| 26   individual, | |
| 27                    Defendants. | |

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, MADERA
COMMUNITY HOSPITAL, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON

1    IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant,

2  MADERA COMMUNITY HOSPITAL, by and through their respective counsel, that Defendant,

3  MADERA COMMUNITY HOSPITAL, shall be granted an extension of time in which to answer

4  or otherwise respond to Plaintiff's October 10, 2008 Complaint in the matter of <u>Dondi Van Horn</u>

5  <u>v. Hornbeak, et al.</u> (Case No. 1:08-CV-01622-LJO-DLB).  Said time to respond was previously

6  set to expire on November 24, 2008.

7    The parties hereby stipulate and agree that Defendant, MADERA COMMUNITY

8  HOSPITAL, shall have a thirty (30) day extension of time to answer or otherwise respond to

9  Plaintiff's Complaint.  Pursuant to the terms of this Stipulation the new date for MADERA

10 COMMUNITY HOSPITAL's response to the Complaint will be **December 24, 2008**.

11

12 Dated: November 21, 2008                    McCORMICK, BARSTOW, SHEPPARD
                                                          WAYTE & CARRUTH LLP
13

14

15                                              By:_____/s/Daniel L. Wainwright_____
                                                          Mario L. Beltramo, Jr.
16                                                        Daniel L. Wainwright
                                                 Attorneys for Defendant, MADERA
17                                                    COMMUNITY HOSPITAL

18 Dated: November 21, 2008                    COVINGTON & BURLING, LLP

19

20

21                                              By:_____/s/Samuel F. Ernst_____
                                                          Christine S. Haskett
22                                                        Samuel F. Ernst
                                                     Attorneys for Plaintiff
23                                                     DONDI VAN HORN

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, MADERA
COMMUNITY HOSPITAL, TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON

1

2
## ORDER OF THE COURT REGARDING STIPULATION

3        Pursuant to the Stipulation and Agreement of Plaintiff and Defendant, MADERA

4 COMMUNITY HOSPITAL, as reflected above, and FOR GOOD CAUSE showing, the Court

5 ORDERS that Defendant, MADERA COMMUNITY HOSPITAL, shall have until **December 24,**

6 **2008** to either answer or otherwise respond to Plaintiff's Complaint.

7        DATED:  November 25, 2008

8
                           ___/s/ *Dennis L. Beck*_____
9                           Dennis L. Beck
                           U.S. Magistrate Judge
10

11 00003/00061-1328270.v1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3