Richard S. Salinas     #154959
Andrew M. Aller        #248606
WEISS MARTIN SALINAS & HEARST
A Professional Corporation
7108 North Fresno Street, Suite 250
Fresno, California 93720
Telephone:  (559) 438-2080
Facsimile:   (559) 438-8363

Attorneys for: Defendants TINA DHILLON, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>   Plaintiff,<br><br> vs.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT STILLEN individually and as former California Health System Receiver; CLARK KELSON individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual, and NAEEM SIDDIQI  an individual,<br><br>   Defendant | Case No.:  08-CV-01622-LJO-DLB<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON**<br><br>Action Filed:  October 3, 2008<br>Trial Date: |

1

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, TINA DHILLON, M.D., by and through their respective counsel, that Defendant, TINA DHILLON, M.D., shall be granted an extension of time in which to answer or otherwise respond to Plaintiff's October 10, 2008, Complaint in the matter of <u>Dondi Van Horn v. Hornbeak, et.al.</u> (Case No.: 1:08-CV-01622-LJO-DLB.)

The parties hereby stipulate and agree that Defendant, TINA DHILLON, M.D., shall have an extension of time to answer or otherwise respond to Plaintiff's Complaint. Pursuant to the terms of this Stipulation the new date for TINA DHILLON, M.D.'s response to the Complaint will be December 24, 2008.

Dated:  December 3, 2008                    WEISS MARTIN SALINAS & HEARST
                                            A Professional Corporation


                                            By      /s/ Andrew M. Aller
                                                Richard S. Salinas
                                                Andrew M. Aller
                                                Attorneys for Defendant
                                                TINA DHILLON, MD


Dated:  December 3, 2008                    COVINGTON & BURLING, LLP


                                            By      /s/ Samuel F. Ernst
                                                Christine S. Haskett
                                                Samuel F. Ernst
                                                Attorneys for Plaintiff
                                                DONDI VAN HORN

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON**

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of Plaintiff and Defendant, TINA DHILLON, M.D., as reflected above, and FOR GOOD CAUSE showing, the Court ORDERS that Defendant, TINA DHILLON, M.D., shall have until December 24, 2008, to either answer or otherwise respond to Plaintiff's Complaint.

DATED:   December 6, 2008         ___/s/ *Dennis L. Beck*_____
                                   Dennis L. Beck
                                   U.S. magistrate Judge

3

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT; AND ORDER THEREON**