IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONDI VAN HORN,<br><br>              Plaintiff,<br><br>     v.<br><br>T. HORNBEAK, et al. ,<br><br>              Defendants. | No. 1:08-cv-01622 LJO-DLB<br><br>**ORDER GRANTING TWO-WEEK EXTENSION OF TIME FOR DEFENDANTS DEZEMBER, HEINRICH, HORNBEAK, THOMPSON, TILTON, AND VIRK TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |

   The stipulation of plaintiff and Defendants Dezember, Heinrich, Hornbeak, Thompson, Tilton, and Virk for a two-week extension for Defendants to file their responsive pleading to the First Amended Complaint is granted.

   Defendants shall file their responsive pleading on or before January 7, 2009.

IT IS SO ORDERED.

Dated: **December 23, 2008**            /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

---

Order Granting Two-Week Extension for Defendants Dezember, Heinrich, Hornbeak, Thompson, Tilton, and Virk to File Responsive Pleading to the First Amended Complaint

1