Richard S. Salinas      #154959
Andrew M. Aller         #248606
WEISS MARTIN SALINAS & HEARST
A Professional Corporation
7108 North Fresno Street, Suite 250
Fresno, California 93720
Telephone:  (559) 438-2080
Facsimile:   (559) 438-8363

Attorneys for: Defendants TINA DHILLON, M .D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN, | Case No.:  08-CV-01622-LJO-DLB |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER THEREON** |
| TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT STILLEN individually and as former California Health System Receiver; CLARK KELSON individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual, and NAEEM SIDDIQI  an individual, | Action Filed:  October 3, 2008 Trial Date: |
| Defendant | |

1

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, TINA DHILLON, M.D., by and through their respective counsel, that Defendant, TINA DHILLON, M.D., shall be granted an extension of time in which to answer to Plaintiff's December 11, 2008, First Amended Complaint in the matter of <u>Dondi Van Horn v. Hornbeak, et.al.</u> (Case No.: 1:08-CV-01622-LJO-DLB.)

The parties hereby stipulate and agree that Defendant, TINA DHILLON, M.D., shall have an extension of time to answer Plaintiff's First Amended Complaint.  Pursuant to the terms of this Stipulation the new date for TINA DHILLON, M.D.'s Answer to the First Amended Complaint will be January 7, 2009.

Dated:  December 29, 2008

WEISS MARTIN SALINAS & HEARST
A Professional Corporation


By ___/s/ Richard S. Salinas_____
Richard S. Salinas
Andrew M. Aller
Attorneys for Defendant
TINA DHILLON, MD


Dated:  December 29, 2008

COVINGTON & BURLING, LLP


By ___/s/ Christine S. Haskett_____
Christine S. Haskett
Samuel F. Ernst
Attorneys for Plaintiff
DONDI VAN HORN

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER THEREON**

## <u>ORDER OF THE COURT REGARDING STIPULATION</u>

Pursuant to the Stipulation and Agreement of Plaintiff and Defendant, TINA DHILLON, M.D., as reflected above, and FOR GOOD CAUSE showing, the Court ORDERS that Defendant, TINA DHILLON, M.D., shall have until January 7, 2009, to answer Plaintiff's First Amended Complaint.

DATED: December 30, 2008      __/s/ *Dennis L. Beck*____

Dennis L. Beck
U.S. Magistrate Judge

**STIPULATION OF THE PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT, TINA DHILLON, M.D., TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER THEREON**