# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONDI VAN HORN, | ) | 1:08cv1622 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER REGARDING TELEPHONIC |
| Plaintiff, | ) | DISCOVERY DISPUTE |
| | ) | |
| v. | ) | |
| | ) | |
| TINA HORNBEAK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the request of counsel, the Court heard a telephonic discovery dispute on August 31, 2009. The parties requested clarification on the time frames set forth in the Court's August 7, 2009, as well as clarification regarding the types of documents related to prior litigation subject to production.

In the Court's August 31, 2009, order, Defendant Madera Community Hospital ("MCH") was ordered to produce documents related to closed time periods- either 2000 through August 27, 2007 (for litigation) or 2004 through August 27, 2007 (for disciplinary actions, etc.). As discussed during the conference, responsive documents are those for *events occurring* within the particular time frame, regardless of when the documentation was created. MCH has agreed to produce responsive documents by September 4, 2009.

Regarding the scope of documents related to prior discovery, such documents include any pleadings, discovery (including medical records) and deposition transcripts not subject to a protective order or other confidentiality agreement.  MCH indicated that there are only two actions at issue and agreed to produce pleadings by September 4, 2009.  As to documents that may include a plaintiff's medical records or other personal information, MCH shall contact the plaintiff's counsel to obtain disclosure.  If there are objections that cannot be resolved with a protective order, the parties may be heard on the issue.

IT IS SO ORDERED.

Dated:   **August 31, 2009**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE