CHRISTINE SAUNDERS HASKETT (SBN 188053)
SAMUEL F. ERNST (SBN 223963)
E. DANIEL ROBINSON (SBN 254458)
JESSE R. GOODMAN (SBN 257990)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356
Telephone:  415.591.6000
Facsimile: 415.591.6091
Email:  drobinson@cov.com

Attorneys for Plaintiff
DONDI VAN HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>        Plaintiff,<br><br>    v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSO individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>        Defendants. | Case No.: 1:08-CV-01622 LJO-DLB<br><br>**STIPULATION AND ORDER RE EXTENSION OF DISCOVERY DEADLINES** |

SF: 124315-10

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DISCOVERY DEADLINES; CASE NO. 1:08-CV-01622 LJO-DLB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the deadline for fact discovery in this case is currently set for September 30, 2009;

WHEREAS Plaintiff Dondi Van Horn intends to depose Defendants Heinrich, and Hornbeak, along with multiple third-party witnesses, and sought to schedule such depositions with Defendants' counsel on August 5, 2009;

WHEREAS Counsel for Defendants Heinrich, Hornbeak, Virk, Thompson, Tilton, and Dezember ("Prison Defendants") is unavailable for depositions until at least the last week of September and wishes to schedule those depositions for the last day of September and other dates in October;

WHEREAS Counsel for Prison Defendants also represents a third-party witness that Plaintiff seeks to depose;

WHEREAS the Court has granted Plaintiff's Motion to Compel production of documents from Defendant Madera Community Hospital ("MCH");

WHEREAS MCH and Plaintiff disagree about the scope of the Court's Order Granting Plaintiff's Motion to Compel MCH such that Plaintiff has not yet received any documents pursuant to the Order;

WHEREAS Dr. Tina Dhillon has suffered health issues that required the parties to postpone her deposition which had been planned for August 5, 2009; and

WHEREAS the Court has continued Plaintiff's Motion to Amend to add Dr. Martin as a defendant and Plaintiff's Motion to Compel further deposition testimony from MCH until September 18, 2009;

WHEREAS MCH declines to stipulate to an extension of the fact discovery deadline with respect to taking discovery from MCH except as noted below;

THEREFORE IT IS HEREBY STIPULATED AND AGREED between Plaintiff and undersigned Defendants, by and through their respective counsel, that the deadlines in this case are continued to the following dates:

1. Fact discovery closes: November 13, 2009, except MCH does not stipulate to the extension of fact discovery to this date other than discovery MCH is ordered to provide as a result of the September 18, 2009 hearing on the pending Motion to Compel further Rule 30(b)(6) depositions of MCH;

2. Expert reports due: December 11, 2009

3. Rebuttal expert reports due: January 8, 2010

4. Expert discovery closes: January 29, 2010

5. Non-Dispositive Motion filing deadline: February 10, 2010

6. Non-Dispositive Motion Hearing deadline: March 12, 2010

7. Settlement Conference: January 20, 2010 at 10:00 a.m.,

8. The remaining dates in this case shall remain unchanged.

Notwithstanding this stipulation, no party waives the right to bring further motions to compel discovery or to further extend discovery deadlines.

DATED: August 28, 2009

COVINGTON & BURLING LLP

By __/s/Christine Saunders Haskett_____
  CHRISTINE SAUNDERS HASKETT

  Attorneys for Plaintiff
  DONDI VAN HORN

DATED: August 28, 2009

EDMUND G. BROWN JR.
Attorney General of the Sate of California

By __/s/Diana Esquivel_____
  DIANA ESQUIVEL

  Attorneys for Defendants Dr. Virk, James Heinrich, M.D., Tina Hornbeck, James E. Tilton, Robin Dezember, and Jeff Thompson

DATED: August 28, 2009

                WEISS MARTIN SALINAS & HEARST

                By __/s/Richard S. Salinas_____
                    RICHARD S. SALINAS

                Attorneys for Defendant Tina Dhillon, M.D.

DATED: August 28, 2009

                BAKER MANOCK & JENSEN

                By __/s/Christopher D. Bell_____
                    CHRISTOPHER D. BELL

                Attorneys for Defendant Naeem Siddiqi, M.D.

DATED: August 28, 2009        MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH LLP

                By __/s/Daniel Wainwright_____
                    DANIEL WAINWRIGHT

                Attorneys for Defendant Madera Community Hospital

IT IS SO ORDERED.

    Dated: **September 8, 2009**              _____/s/ *Dennis L. Beck*_____
                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF DISCOVERY DEADLINES; CASE NO. 1:08-CV-01622 LJO-DLB