CHRISTINE SAUNDERS HASKETT (SBN 188053)
SAMUEL F. ERNST (SBN 223963)
E. DANIEL ROBINSON (SBN 254458)
GEOFFREY T. PAINTER (SBN 244894)
JESSE R. GOODMAN (SBN 257990)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356
Telephone:  415.591.6000
Facsimile: 415.955.6091
Email:  drobinson@cov.com

Attorneys for Plaintiff
DONDI VAN HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>                Plaintiff,<br><br>   v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSO individually and as acting California Health System Receiver; DR. PAL VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>                Defendants. | Case No.: 1:08-CV-01622 LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff Dondi Van Horn and Defendants Tilton, Dezember, Thompson, Hornbeak, Virk, and Heinrich, by and through their counsel, hereby stipulate to continue the hearing date on Ms. Van Horn's Motion to Compel, currently set for Friday October 9, 2009, to Friday, October 23, 2009 at 9:00 a.m..

DATED: October 2, 2009         COVINGTON & BURLING LLP

By __/s/Christine Saunders Haskett_____
   CHRISTINE SAUNDERS HASKETT

Attorneys for Plaintiff
DONDI VAN HORN

DATED: October 2, 2009

EDMUND G. BROWN JR.
Attorney General of the Sate of California


By __/s/Diana Esquivel_____
   DIANA ESQUIVEL

Attorneys for Defendants Dr. Virk, James Heinrich, M.D., Tina Hornbeck, James E. Tilton, Robin Dezember, and Jeff Thompson

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:   **October 6, 2009**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

---

STIPULATION TO CONTINUE MOTION TO COMPEL
CASE NO. 1:08-CV-01622 LJO-DLB