# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONDI VAN HORN, | ) | 1:08cv1622 LJO DLB |
| | ) | |
| | ) | ORDER MOVING PLAINTIFF'S MOTIONS |
| | ) | TO COMPEL TO OCTOBER 30, 2009 |
| Plaintiff, | ) | |
| | ) | Time: 9:00 a.m. |
| v. | ) | Courtroom 9 |
| | ) | |
| TINA HORNBEAK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Dondi Van Horn filed a motion to compel production of documents from the VSPW Defendants on September 17, 2009. Plaintiff filed a second motion to compel production of documents from Matthews Cate on October 2, 2009. Both motions are set for hearing on October 23, 2009.

On October 20, 2009, the Court received discovery statements from Plaintiff. In the accompanying declarations, Plaintiff's counsel indicates that Defendants' counsel was unable to provide Defendants' portion of the statement. It also appears that in at least one of the disputes, Plaintiff has received documents but had not yet reviewed them at the time the statement was filed.

Additionally, Plaintiff submitted hundreds of pages of exhibits on Wednesday, October 21, 2009, one day *after* such documentation was due.

1  Accordingly, to allow the parties to go through the joint statement process and perhaps
2  resolve some of the issues, the Court VACATES the October 23, 2009, hearing date and RE-
3  SETS the hearing for October 30, 2009, at 9:00 a.m., in Courtroom 9.
4  Defendants MUST provide their portions of the joint statements by Tuesday, October 27,
5  2009. Failure to do so may result in sanctions.

IT IS SO ORDERED.

**Dated:   October 22, 2009**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE