CHRISTINE SAUNDERS HASKETT (SBN 188053)
SAMUEL F. ERNST (SBN 223963)
E. DANIEL ROBINSON (SBN 254458)
JESSE R. GOODMAN (SBN 257990)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356
Telephone:  415.591.6000
Facsimile: 415.955.6091
Email:  drobinson@cov.com

Attorneys for Plaintiff
DONDI VAN HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>                              Plaintiff,<br><br>        v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSO individually and as acting California Health System Receiver; DR. PAL VIRK individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>                              Defendants. | Case No.: 1:08-CV-01622 LJO-DLB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF DEFENDANT THOMPSON AND FILING OF FOURTH AMENDED COMPLAINT** |

1  WHEREAS Defendant Thompson has agreed to bear his own fees and costs in defending

2  this action, and Plaintiff has agreed to dismiss with prejudice her claims against Thompson;

3  WHEREAS the Court, on September 24, 2009, granted Plaintiff's Motion to Amend her

4  Complaint to add Dr. Daun Martin as a defendant;

5  WHEREAS Plaintiff inadvertently omitted Defendant Martin's name from the caption of

6  her Third Amended Complaint; and

7  WHEREAS Plaintiff's Fourth Amended Complaint, attached as Exhibit A to this

8  Stipulation, is identical to her Third Amended Complaint except that it omits Thompson from the

9  case caption and adds Martin to the caption;

10

11  THEREFORE, Plaintiff Dondi Van Horn and Defendants Hornbeak, Tilton, Dezember,

12  Thompson, Martin, Virk, Heinrich, Madera Community Hospital, Dhillon, and Siddiqi, by and

13  through their counsel, hereby stipulate:

14  1. Defendant Thompson shall be voluntarily dismissed with prejudice from this action

15  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

16  2. Defendant Thompson agrees to bear his own fees and costs in defending this action; and

17  3. Plaintiff may file her Fourth Amended Complaint, attached hereto as Exhibit A, correcting

18  the case caption to add Martin and remove Thompson as defendants.

19

20

21

22

23  DATED: December 18, 2009          COVINGTON & BURLING LLP

24  By __/s/Christine Saunders Haskett_____
    CHRISTINE SAUNDERS HASKETT

25

26  Attorneys for Plaintiff
    DONDI VAN HORN

27

28

DATED: December 18, 2009

EDMUND G. BROWN JR.
Attorney General of the Sate of California

By __/s/Diana Esquivel_____
    DIANA ESQUIVEL

    Attorneys for Defendants Dr. Virk, James Heinrich,
    M.D., Tina Hornbeck, James E. Tilton, Robin
    Dezember, and Jeff Thompson

DATED: December 18, 2009

MCCORMICK BARSTOW SHEPPARD WAYTE &
CARRUTH LLP

By __/s/Daniel Wainwright_____
    DANIEL WAINWRIGHT

    Attorneys for Defendant Madera Community
    Hospital

DATED: December 18, 2009

WEISS MARTIN SALINAS & HEARST

By __/s/Richard S. Salinas_____
    RICHARD S. SALINAS

    Attorneys for Defendant Tina Dhillon, M.D.

DATED: December 18, 2009

BAKER MANOCK & JENSEN

By __/s/Christopher D. Bell_____
    CHRISTOPHER D. BELL

    Attorneys for Defendant Naeem Siddiqi, M.D.

STIPULATION RE DATE FOR FILING OF JOINT REPORT AND FOR INITIAL DISCLOSURES; CASE NO.
1:08-CV-01622 LJO-DLB

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _December 23, 2009_____

By:___/s/ Lawrence J. O'Neill_____
THE HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

STIPULATION RE DATE FOR FILING OF JOINT REPORT AND FOR INITIAL DISCLOSURES; CASE NO.
1:08-CV-01622 LJO-DLB