Mario L. Beltramo, Jr., # 053146-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>    Plaintiff,<br><br>    v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSON individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>    Defendants. | Case No.  08 CV-01622-LJO-DLB<br><br>**ORDER GRANTING DEFENDANT MADERA COMMUNITY HOSPITAL'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Hearing Date: January 26, 2010<br>Hearing Time: 8:30 a.m.<br>Courtroom:  4<br>Judge:  Honorable Lawrence J. O'Neill<br><br>Action Filed:     10/10/08<br>Trial Date:       06/28/10<br><br>**FILED UNDER SEAL** |

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION

This matter having come before the Court upon the Motion of Defendant, MADERA COMMUNITY HOSPITAL ("MCH"), to File Documents under Seal and GOOD CAUSE appearing; **IT IS HEREBY ORDERED** that the following documents submitted by MCH in support of its Motion for Summary Judgment/Adjudication shall be filed under seal:

1. Declaration of Daniel L. Wainwright filed in support of MCH's Motion for Summary Judgment/Adjudication, and the following exhibits therein (Exhibits "A" through "V"):

    a. Plaintiff's December 18, 2009 Fourth Amended Complaint for Deliberate Indifference to a Serious Medical Need pursuant to 42 U.S.C. §1983, Medical Malpractice, and Wrongful Death, which is the operative pleading in this case (Exhibit "A");

    b. The relevant portions of the October 1, 2009 Deposition of Teresa Hansen, RN (129:13-15) (Exhibit "B");

    c. The August 1, 2007 Prenatal Flow Record and Health History Summary of Plaintiff (AGO-MED #0079-81) (Exhibit "C");

    d. The relevant portions of the October 1, 2009 Deposition of Dr. SIDDIQI (71:2-23, 72:5-21, 83:2-84:10, 89:11-15, 91:16-18, 106:2-6, 115:1-3) (Exhibit "D");

    e. The August 4, 2007 MCH OB Exam Record of Plaintiff (MCH #0036) (Exhibit "E");

    f. The relevant portions of the September 11, 2009 Deposition of VAN HORN (76:16-25, 77:1-4, 107:25, 108:1-7, 119:12-25, 151:10-17, 261-264, 267:14-21, 270:8-14) (Exhibit "F");

    g. VAN HORN's responses to MCH's Request for Admissions, Set One, Nos. 1-2 (Exhibit "G");

    h. The "Conditions of Admission" to MCH, which Plaintiff signed during her visit to MCH on August 4, 2007 (MCH #0176) (Exhibit "H");

    i. The relevant portions of the November 6, 2009 Deposition of Dr. DHILLON (48:20-23, 49:1-15, 55:20-58:8, 91:10-12, 99:10-17, 101:22-25, 102:16-25, 105:12-106:22, 106:6-8, 106:12-22, 109:19, 116:6-25, 118:17, 120:6-8, 124:15-16, 128:17-129:25, 134:17-18, 140:14-141:2, 141:20-143:17, 198:15-25) (Exhibit "I");

    j. The relevant portions of the November 13, 2009 Deposition of Nurse Hodge (39:1-24, 51:15-20, 87:23-88:1, 89:21-90:5, 108:17-22) (Exhibit "J");

    k. The August 20, 2007 MCH OB Exam Record of Plaintiff (MCH #0035) (Exhibit "K");

    l. The August 21, 2007 MCH OB Exam Record of Plaintiff (MCH #0163) (Exhibit "L");

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION

Case 1:08-cv-01622-LJO-DLB   Document 172   Filed 12/29/09   Page 3 of 4

m. The August 26, 2007 MCH OB Exam Record of Plaintiff (MCH #0083) (Exhibit "M");

n. The August 26, 2007 MCH History and Physical Report of Plaintiff (MCH #0037-0038) (Exhibit "N");

o. The August 26, 2007 MCH Delivery Record of Plaintiff (MCH #0084) (Exhibit "O");

p. The relevant portions of the October 29, 2009 Deposition of Daun Martin (63:5-15) (Exhibit "P");

q. The relevant portions of the November 1, 2009 Deposition of Dr. HEINRICH (41:9-24, 47:8-17, 98:7-12, 136:24-137:9, 140:3-25) (Exhibit "Q");

r. The relevant portions of the July 27, 2009 Deposition of Donna Aldrich (26:9-20, 27:6-12, 29:5-15) (Exhibit "R");

s. The MCH GBS Prevention Policy, operative during the entire month of August, 2007 (MCH #00681) (Exhibit "S");

t. VAN HORN's responses to MCH's Request for Admissions, Set Two, Nos. 37-38, 48 (Exhibit "T");

u. Attached hereto as Exhibit "U" to this Declaration is a true and correct copy of VAN HORN's responses to MCH's March 5, 2009 Interrogatories, Set One; and,

v. Attached hereto as Exhibit "V" to this Declaration is a true and correct copy of VAN HORN's responses to MCH's July 2, 2009 Interrogatories, Set Two;

2. Declaration of Heidi Funk, R.N. filed in support of MCH's Motion for Summary Judgment/Adjudication;

3. Declaration of Michael Nageotte, M.D. filed in support of MCH's Motion for Summary Judgment/Adjudication;

4. Declaration of Arthur Reingold, M.D. filed in support of MCH's Motion for Summary Judgment/Adjudication;

5. Declaration of John Frye filed in support of MCH's Motion for Summary Judgment/Adjudication and the exhibit attached therein (Exhibit "A");

6. MCH's Notice of Motion and Motion for Summary Judgment/Adjudication;

7. Memorandum of Points and Authorities filed in support of MCH's Motion for Summary Judgment/Adjudication;

8. MCH's Statement of Undisputed Material Facts filed in support of its Motion for Summary Judgment/Adjudication;

9. MCH's Notice of Motion and Motion to File Documents Under Seal in

3

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501


connection with its Motion for Summary Judgment/Adjudication;

10. Declaration of Daniel L. Wainwright filed in support of MCH's Motion to File Documents Under Seal in connection with its Motion for Summary Judgment/Adjudication;

11. Memorandum of Points and Authorities filed in support of MCH's Motion to File Documents Under Seal in connection with its Motion for Summary Judgment/Adjudication; and

12. [Proposed] Order Granting MCH's Motion to File Documents Under Seal in connection with its Motion for Summary Judgment/Adjudication.

It is further ORDERED that any members of the public, who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

Dated: December 29, 2009

/s/ Lawrence J. O'Neill
The Honorable Lawrence J. O'Neill
United States District Court Judge, Eastern District of California

66215/00060-1468620.v4

4

ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION