Richard S. Salinas    #154959
Andrew M. Aller    #248606
WEISS MARTIN SALINAS & HEARST
A Professional Corporation
7108 North Fresno Street, Suite 250
Fresno, California 93720
Telephone: (559) 438-2080
Facsimile: (559) 438-8363

Attorneys for: Defendants TINA DHILLON, M.D.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>        Plaintiff,<br><br>vs.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT STILLEN individually and as former California Health System Receiver; CLARK KELSON individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual, and NAEEM SIDDIQI an individual,<br><br>        Defendant | Case No.: 08-CV-01622-LJO-DLB<br><br>**ORDER GRANTING DEFENDANT TINA DHILLON, M.D.'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: March 12, 2010**<br>**TIME: 9:00 a.m.**<br>**DEPT: 9**<br>**JUDGE: Magistrate Judge Dennis L. Beck**<br><br>Action Filed: October 3, 2008<br>Trial Date: June 28, 2010 |

This matter having come before the Court upon the Motion of Defendant, TINA DHILLON, M.D., to File Documents under Seal and GOOD CAUSE appearing; IT IS HEREBY ORDERED that the following documents submitted by DR. DHILLON in support of her Motion for Summary Judgment shall be file under seal.

1. Declaration of Richard S. Salinas filed in support of Dr. Dhillon's Motion for Summary Judgment, and the following exhibits therein (Exhibigs "A" though "H");

    a. The Madera Community Hospital, August 20, 2007, "OB Exam Record" for Plaintiff Dondi Van Horn. (Exhibit "A");

    b. The Madera Community Hospital, August 21, 2007, "OB Exam Record" for Plaintiff Dondi Van Horn. (Exhibit "B");

    c. The Madera Community Hospital "History & Physical Report" for Plaintiff Dondi Van Horn. (Exhibit "C");

    d. The Madera Community Hospital "Operative Notes" for Plaintiff Dondi Van Horn. (Exhibit "D");

    e. The Madera Community "Labor Record" for Plaintiff Dondi Van Horn. (Exhibit "E");

    f. The Madera Community Hospital "Transfer Summary Report." (Exhibit "F");

    g. The Children's Hospital Central California "History and Physical" report. (Exhibit "G");

    h. The Children's Hospital Central California "Surgical Pathology Report." (Exhibit "H").

It is further ORDERED that any members of the public, who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

Dated: February 2, 2010

                          __/S/ LAWRENCE J. O'NEILL_____
                          HONORABLE LAWRENCE J. O'NEILL
                          UNITED STATE DISTRICT COURT JUDGE,
                          EASTERN DISTRICT OF CALIFORNIA