CHRISTINE SAUNDERS HASKETT (SBN 188053)
SAMUEL F. ERNST (SBN 223963)
E. DANIEL ROBINSON (SBN 254458)
JESSE R. GOODMAN (SBN 257990)
BRADLEY A. CHERNIN (SBN 267415)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: 415.591.6000
Facsimile: 415.591.6091
Email: bchernin@cov.com

Attorneys for Plaintiff
DONDI VAN HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br>                       Plaintiff,<br>   v.<br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSO individually and as acting California Health System Receiver; DR. PAL VIRK individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; NAEEM SIDDIQI an individual; and DAUN MARTIN individually and as former Health Care Manager of Valley State Prison for Women,<br>                       Defendants. | Case No.: 1:08-CV-01622 LJO-DLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN PLAINTIFF DONDI VAN HORN'S OPPOSITION TO MADERA COMMUNITY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE: FEBRUARY 18, 2010<br>TIME: 8:30 A.M.<br><br>THE HONORABLE LAWRENCE J. O'NEILL |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO MADERA COMMUNITY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; Case No. 08-01622

1

This matter having come before the Court upon the Motion of Plaintiff Dondi Van Horn to file Documents under Seal and

GOOD CAUSE appearing; IT IS HEREBY ORDERED that the following documents submitted by Plaintiff Dondi Van Horn in Opposition to Madera Community Hospital's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, shall be filed under seal:

A.     Plaintiff's Memorandum of Points and Authorities in Opposition to Madera Community Hospital's Motion for Summary Judgment, or in the Alternative, Summary Adjudication;

B.     Plaintiff's Statement of Disputed Material Facts;

C.     Plaintiff's Response to Defendant Madera Community Hospital's Statement of Undisputed Material Facts;

D.     Declaration of E. Daniel Robinson filed in support of Plaintiff Dondi Van Horn's Opposition to Madera Community Hospital's Motion for Summary Adjudication, and the following exhibits therein (Exhibits "1" though "33");

1. A true and correct copy of the ACOG committee opinion, *Prevention of Early-Onset Group B Streptococcal Disease in Newborns*, 81 Int'l J. of Gynecology & Obstetrics 115, 115-122 (2003), attached as Exhibit 1.

2. A true and correct copy of relevant excerpts of the transcript of the Deposition of Naeem Siddiqi, M.D., dated October 15, 2009, attached as Exhibit 2.

3. A true and correct copy of relevant excerpts of the transcript of the Deposition of Tina Dhillon, M.D., dated November 6, 2009, attached as Exhibit 3.

4. A true and correct copy of relevant excerpts of the transcript of the Rule 30(b)(6) Deposition of Donna Aldrich, dated July 27, 2009, and November 4, 2009, attached as Exhibit 4.

5. A true and correct copy of Madera Community Hospital Infant Safety Information, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00151, dated August 26, 2007, attached as Exhibit 5.

6. A true and correct copy of relevant excerpts of the transcript of the Deposition of Dondi Van Horn, dated September 11, 2009, attached as Exhibit 6.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO MADERA COMMUNITY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; Case No. 08-01622

2

7. A true and correct copy of relevant excerpts of the transcript of the Deposition of Sara Hodge, R.N., dated November 13, 2009, attached as Exhibit 7.

8. A true and correct copy of Dondi Van Horn's laboratory results, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00166 - MCH 00172, attached as Exhibit 8.

9. A true and correct copy of a recommendation and report from the CDC, *Prevention of Perinatal Group B Streptococcal Disease: Revised Guidelines from CDC*, (Aug.16, 2002), *available at* http://cdc.gov/mmwr/preview/mmwrhtml/rr5111a1.htm, attached as Exhibit 9.

10. A true and correct copy of Madera Community Hospital's Policy and Procedure Form for the Maternal-Child Department regarding Group B Strep Prevention, as provided in discovery to Ms. Van Horn by MCH, bates number MCH 00681- MCH 00684, attached as Exhibit 10.

11. A true and correct copy of the Declaration of Michael P. Nageotte, M.D. in Support of Defendant Madera Community Hospital's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, dated December 28, 2009, attached as Exhibit 11.

12. A true and correct copy of the Declaration of Heidi Funk, MS, RNC, CNS in Support of Defendant Madera Community Hospital's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, dated December 28, 2009, attached as Exhibit 12.

13. A true and correct copy of relevant excerpts of the transcript of the Deposition of Pal S. Virk, M.D., dated July 9, 2009, attached as Exhibit 13.

14. A true and correct copy of relevant excerpts of the transcript of the Deposition of Daun H. Martin, Ph.D., dated October 28, 2009, attached as Exhibit 14.

15. A true and correct copy of relevant excerpts of the transcript of the Deposition of Arthur Reingold, M.D., dated January 26, 2010, attached as Exhibit 15.

16. A true and correct copy of relevant excerpts of the transcript of the Deposition of Heidi Funk, R.N., dated January 25, 2010, attached as Exhibit 16.

17. A true and correct copy of relevant excerpts of the transcript of the Deposition of Teresa Hansen, R.N., dated October 1, 2009, attached as Exhibit 17.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO MADERA COMMUNITY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; Case No. 08-01622

3

18. A true and correct copy of relevant excerpts of the transcript of the Deposition of James Heinrich, M.D., dated November 10, 2009, attached as Exhibit 18.

19. A true and correct copy of relevant excerpts of the transcript of the Deposition of Michael Nageotte, M.D., dated January 25, 2010, attached as Exhibit 19.

20. A true and correct copy of an article from the Sacramento Bee, E.J Schultz, *Female inmates: Jammed behind bars?  Chowchilla lockups are at more than double their capacity, provoking health concerns*, The Sacramento Bee, July 9, 2007, at A3, attached as Exhibit 20.

21. A true and correct copy of Madera Community Hospital's responses to Plaintiff's Requests for Admissions, Set One, dated July 16, 2009, attached as Exhibit 21.

22. A true and correct copy of Madera Community Hospital's Answer to Plaintiff's Second Amended Complaint, dated July 14, 2009, attached as Exhibit 22.

23. A true and correct copy of Madera Community Hospital's Response to Plaintiff's Special Interrogatories, Set One, dated March 19, 2009, attached as Exhibit 23.

24. A true and correct copy of an OB Exam Record from Madera Community Hospital, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00174, dated August 4, 2007, attached as Exhibit 24.

25.  A true and correct copy of an OB Exam Record from Madera Community Hospital, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00171, dated August 20, 2007, attached as Exhibit 25.

26. A true and correct copy of an OB Exam Record from Madera Community Hospital, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00163, dated August 21, 2007, attached as Exhibit 26.

27. A true and correct copy of an OB Exam Record from Madera Community Hospital, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 0083, dated August 26, 2007, attached as Exhibit 27.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL IN OPPOSITION TO MADERA COMMUNITY HOSPITAL'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; Case No. 08-01622

4

28. A true and correct copy of Madera Community Hospital's Response to Plaintiff's Special Interrogatories, Set Three, dated November 2, 2009, attached as Exhibit 28.

29. A true and correct copy of relevant excerpts from the transcript of the Deposition of Mark Foote deposition, dated July 27, 2009, attached as Exhibit 29.

30. A true and correct copy of a Master Agreement for Inpatient, Outpatient, and Emergency Hospital Services, as provided in discovery to Ms. Van Horn by MCH, bates numbered MCH 00339 - MCH00407, dated November 23, 2005, attached as Exhibit 30.

31. A true and correct copy of the Plaintiff's First Supplemental Responses and Objections to Defendant Madera Community Hospital's First Set of Interrogatories, dated November 13, 2009, attached as Exhibit 31.

32. A true and correct copy of the Plaintiff's First Supplemental Responses and Objections to Defendant Madera Community Hospital's Second Set of Interrogatories, dated November 13, 2009, attached as Exhibit 32.

33. A true and correct copy of Madera Community Hospital's Response to Plaintiff's Special Interrogatories, Set Two, dated September 30, 2009, attached as Exhibit 33.

It is further ORDERED that any members of the public, who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

Dated: February 3, 2010

By _/s/ Lawrence J. O'Neill____
THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA