Mario L. Beltramo, Jr., # 053146-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>        Plaintiff,<br><br>v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSON individually and as acting California Health System Receiver; DR. VIRK (First Name Unknown) individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>        Defendants. | Case No. 08 CV-01622-LJO-DLB<br><br>**ORDER GRANTING DEFENDANT, MADERA COMMUNITY HOSPITAL'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Hearing Date: February 18, 2010<br>Hearing Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Honorable Lawrence J. O'Neill<br><br>Action Filed: 10/10/08<br>Trial Date: 06/28/10 |

This matter having come before the Court upon the Motion of Defendant, MADERA COMMUNITY HOSPITAL ("MCH"), to File Documents under Seal and GOOD CAUSE appearing; **IT IS HEREBY ORDERED** that the following documents submitted by MCH in support of its Reply To Plaintiff's Opposition To Motion for Summary Judgment/Adjudication shall be filed under seal:

1. Declaration of Daniel L. Wainwright filed in support of MCH's Reply To Plaintiff's Opposition To Motion For Summary Judgment, Or Alternatively, Summary Adjudication (Exhibits "A" through "D"):

   a. Exhibit "A," a true and correct copy of the relevant portions of the February 1, 2010 Deposition of Dr. Cardwell (81:14-82:3, 124:1-25, 143:1-25, 167:1-170:1, 108:12-109:2, 159:22-160:15, 108:12-109:2, 88:8-12, 123:14-20, 108:3-7, 109:23-110:13, 129:15-23).

   b. Exhibit "B," a true and correct copy of the relevant portions of the January 25, 2010 Deposition of Nurse Funk (75:4-10, 75:16-20, 74:22-75:3).

   c. Exhibit "C," a true and correct copy of the relevant portion of the January 25, 2010 Deposition of Dr. Nageotte (71:25-72:2, 72:6-15, 153:1-154:1).

   d. Exhibit "D," a true and correct copy of the relevant portions of the January 26, 2010 Deposition of Dr. Reingold (14:1-25, 13:17-25).

2. Defendant, Madera Community Hospital's Reply To Plaintiff's Responses To Defendant's Statement Of Material Facts.

3. Defendant, Madera Community Hospital's Reply To Plaintiff's Statement of Disputed Facts Filed In Opposition To Its Motion For Summary Judgment.

4. Declaration of Daniel L. Wainwright filed in support of MCH's Motion to File Documents Under Seal in connection with its Reply to Plaintiff's Opposition Motion for Summary Judgment/Adjudication; and

5. Memorandum of Points and Authorities filed in support of MCH's Motion to File Documents Under Seal in connection with its Reply To Plaintiff's Opposition To Motion For Summary Judgment, Or Alternatively, Summary Adjudication.

2

ORDER GRANTING DEFENDANT, MADERA COMMUNITY HOSPITAL'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

It is further ORDERED that any members of the public, who desire access to the records sealed in connection with this Order, may bring an application to challenge the Order.

Dated: February _12__, 2010

/s/ Lawrence J. O'Neill
The Honorable Lawrence J. O'Neill
United States District Court Judge, Eastern
District of California

66215/00060-1516577.v1

ORDER GRANTING DEFENDANT, MADERA COMMUNITY HOSPITAL'S MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501