Dirk B. Paloutzian #173676
Christopher D. Bell #247082

**BAKER MANOCK & JENSEN, PC**
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
Telephone (559) 432-5400
Telecopier (559) 432-5620

Attorneys for Defendant NAEEM SIDDIQI, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DONDI VAN HORN,<br><br>Plaintiff,<br><br>v.<br><br>TINA HORNBEAK individually and as Warden of Valley State Prison For Women; JAMES E. TILTON individually and as Secretary of the California Department of Corrections and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON individually and as Director of California Department of Corrections and Rehabilitation; ROBERT SILLEN individually and as former California Health System Receiver; CLARK KELSO individually and as acting California Health System Receiver; DR. PAL VIRK individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; and NAEEM SIDDIQI an individual,<br><br>Defendants. | Case No. 08-CV-01622-LJO-DLB<br><br>**DEFENDANT NAEEM SIDDIQI, M.D.'S APPLICATION TO SHORTEN TIME TO HEAR MOTION TO AMEND SCHEDULING ORDER AND TO HEAR MOTION TO DISMISS; DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT THEREOF**<br><br>**[Local Rule 144(e)]**<br><br><br>JUDGE: Hon. Dennis L. Beck<br>COURTROOM: 9 |

///

///

DEFENDANT NAEEM SIDDIQI, M.D.'S APPLICATION TO SHORTEN TIME TO HEAR MOTION TO DISMISS; DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT THEREOF

## APPLICATION TO SHORTEN TIME

Pursuant to Local Rule 144(e), Defendant NAEEM SIDDIQI, M.D., respectfully requests an order from the court shortening the time in which to file and hear Dr. Siddiqi's motion to amend the scheduling order and motion to dismiss.  An order shortening time may prevent a waste of judicial resources in holding a pretrial conference if Defendant's motion to dismiss is granted.  The grounds for this request are set forth in detail in the attached Declaration of Dirk B. Paloutzian.  A proposed order is also submitted herewith for the court's consideration pursuant to Local Rule 144(e).

Dr. Siddiqi's counsel attempted to obtain a stipulation from all counsel for an order shortening time to hear Defendant's motions.  While all defense counsel agreed to an order sh3ortening time, Plaintiff's counsel refused to so stipulate.  The Final Pretrial Conference is currently scheduled for May 11, 2010.  The hearing on Dr. Siddiqi's motion to amend the scheduling order is set for May 28, 2010 and the motion to dismiss is set for June 1, 2010.

DATED: April 28, 2010.

Respectfully submitted,

BAKER MANOCK & JENSEN, PC


By  /s/ Dirk B. Paloutzian
Dirk B. Paloutzian
Christopher D. Bell
Attorneys for Defendant NAEEM SIDDIQI, M.D.


@PFDesktop\::ODMA/MHODMA/DMS;DMS;822265;1
4443.2970

---

1

DEFENDANT NAEEM SIDDIQI, M.D.'S APPLICATION TO SHORTEN TIME TO HEAR MOTION TO DISMISS; DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT THEREOF

**DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT OF APPLICATION TO SHORTEN TIME TO HEAR MOTION TO AMEND SCHEDULING ORDER AND MOTION TO DISMISS**

I, Dirk B. Paloutzian, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and am a shareholder in the law firm of Baker, Manock & Jensen, PC, attorneys of record for Defendant NAEEM SIDDIQI, M.D. (Defendant).

2. This Declaration is submitted in support of Defendant's Application to Shorten Time. I have personal knowledge of the following facts based upon my direct involvement in this case and upon review of documents regularly created and/or maintained within the regular course and scope of business at Baker, Manock & Jensen, PC. If called to testify, I could and would testify competently to the following.

3. Defendant Dr. Siddiqi requests an order shortening time to hear his motion to amend the scheduling order to file a motion to dismiss, and to hear his motion to dismiss. The circumstances that justify the issuance of an order shortening time are as follows:

   A. Defendant's motion to dismiss is brought pursuant to Rule 12(b)(1) and 28 U.S.C. § 1367(c)(3), on the ground that only state law claims remain in this action and the court should exercise its discretion not to accept pendent supplemental jurisdiction based upon factors of judicial economy, convenience, fairness and comity.

   B. On March 31, 2010, the court granted the CDCR and VSPW defendants' motion for summary judgment as to the deliberate indifference claims under 42 U.S.C. § 1983. Order on Defendants Tilton, Dezember, Hornbeak, Martin, Virk and Heinrich's Motion for Summary Judgment, Doc. No. 314. As a result of this ruling, all of Plaintiff's federal claims have been dismissed. Therefore, the grounds for Plaintiff's motion did not arise until March 31, 2010, after the dispositive-motion filing deadline set forth in the scheduling order.

   C. Between April 1, 2010 and April 21, 2010, I met and conferred separately with all defense counsel either in person or by telephone about whether a motion to dismiss should be brought based upon a lack of subject matter jurisdiction. Additionally, emails were circulated amongst all defense counsel concerning the motion. In addition, I contacted my

2

DEFENDANT NAEEM SIDDIQI, M.D.'S APPLICATION TO SHORTEN TIME TO HEAR MOTION TO DISMISS; DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT THEREOF

client and his insurer to obtain his consent to bring the current motion. Given the busy schedules of all counsel, the deliberation process took approximately two to three weeks.

        D.     During the period of time between April 1, 2010 and the filing of Dr. Siddiqi's underlying motions, which are filed concurrently herewith, there were no filings by Plaintiff in this case and no negotiations or discussions with Plaintiff's counsel, except with regards to those set forth below. With the exception of one expert deposition, discovery has been closed since January 29, 2010. Plaintiff cannot point to any prejudice caused in any delay by our office in filing our motion to dismiss since March 31, 2010.

        E.     The Final Pretrial Conference is currently set for May 11, 2010. Defendant's motions will not be heard until June 1, 2010. Hearing Dr. Siddiqi's motions before the pretrial conference may save precious judicial time and resources if the motion to dismiss is granted.

        4.     My office attempted to meet and confer with all counsel to obtain a stipulation to shorten time. On Wednesday, April 21, 2010, at my direction, Christopher Bell of my office sent an email to all counsel notifying them of our intent to file a motion to dismiss and requesting agreement to a stipulation for an order shortening time. A true and correct copy of that email is attached hereto as Exhibit "A." All defense counsel agreed to an order shortening time. Plaintiff's counsel, Jesse Goodman, refused to agree to such an order. A true and correct copy of all counsels' responses to our request for a stipulation are attached hereto as Exhibit "B."

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 28, 2010, at Fresno, California.

                             /s/ Dirk B Paloutzian
                               Dirk B. Paloutzian

DEFENDANT NAEEM SIDDIQI, M.D.'S APPLICATION TO SHORTEN TIME TO HEAR MOTION TO DISMISS; DECLARATION OF DIRK B. PALOUTZIAN IN SUPPORT THEREOF

# EXHIBIT A

Case 1:08-cv-01622-LJO-DLB   Document 316   Filed 04/28/10   Page 6 of 11

# Chris Bell

| | |
|---|---|
| **From:** | Chris Bell |
| **Sent:** | Wednesday, April 21, 2010 2:42 PM |
| **To:** | 'Robinson, E. Daniel'; Haskett, Christine; 'Daniel.Wainwright@mccormickbarstow.com'; 'Diana.Esquivel@doj.ca.gov'; rsalinas@weissmartin.com; mario.beltramo@mccormickbarstow.com |
| **Cc:** | Dirk Paloutzian |
| **Subject:** | RE: Activity in Case 1:08-cv-01622-LJO-DLB Van Horn vs. Hornbeak, et al. Minute Order |

Counsel,

We plan on filing a motion to dismiss in this case in the near future. The grounds for this motion did not arise until after the court's ruling on all summary judgment motions and after the dispositive motion deadline.

There is not enough time for the motion to be heard before the final pretrial conference and still comply with FRCP 78 and Local Rule 230. Therefore, we will be filing an application to shorten time to file and hear our motion.

Pursuant to Local Rule 144(e), we must meet and confer and attempt to reach a stipulation with all parties for an order shortening time to hear our motion. Please let me know by the end of this week whether or not each party will agree to an order shortening time.
If you have any questions, please let me know.

Chris

**Christopher D. Bell**
**Baker Manock & Jensen, PC**
5260 North Palm, Suite 421
Fresno, CA 93704
Telephone (559) 432-5400
Facsimile (559) 432-5620
cbell@bakermanock.com

This e-mail may contain confidential, privileged information, protected by the attorney-client privilege and work product doctrine, intended only for the use of the addressee. Do not read, copy or disseminate this e-mail unless you are the addressee. If you have received this e-mail in error, please call us (collect) immediately at (559) 432-5400 and ask to speak to the message sender.

Please e-mail the message back to the sender by using the reply feature of your e-mail system. After replying to the sender, please immediately delete this e-mail from your In Box and empty your Trash folder. Thank you.

REQUIRED DISCLOSURE PURSUANT TO U.S. DEPARTMENT OF TREASURY CIRCULAR 230:
In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments and enclosures) is not intended to be used, and cannot be used, referred to or relied upon, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any tax-related transaction or matter addressed in this communication, including any attachments and enclosures.

---

**From:** Robinson, E. Daniel [mailto:drobinson@cov.com]
**Sent:** Monday, April 19, 2010 2:52 PM
**To:** 'Daniel.Wainwright@mccormickbarstow.com'; 'Diana.Esquivel@doj.ca.gov'; Dirk Paloutzian; rsalinas@weissmartin.com; Chris Bell

# EXHIBIT B

## Chris Bell

| | |
|---|---|
| **From:** | Richard S. Salinas [rsalinas@weissmartin.com] |
| **Sent:** | Wednesday, April 21, 2010 3:21 PM |
| **To:** | Chris Bell |
| **Cc:** | Robinson, E. Daniel; Haskett, Christine; Daniel.Wainwright@mccormickbarstow.com; Diana.Esquivel@doj.ca.gov; mario.beltramo@mccormickbarstow.com; Dirk Paloutzian |
| **Subject:** | Re: Activity in Case 1:08-cv-01622-LJO-DLB Van Horn vs. Hornbeak, et al. Minute Order |

We agree

Richard Salinas
(559) 259-6548

On Apr 21, 2010, at 2:42 PM, "Chris Bell" <CBell@bakermanock.com> wrote:

> Counsel,
>
> We plan on filing a motion to dismiss in this case in the near future. The grounds for this motion did not arise until after the court's ruling on all summary judgment motions and after the dispositive motion deadline.
>
> There is not enough time for the motion to be heard before the final pretrial conference and still comply with FRCP 78 and Local Rule 230. Therefore, we will be filing an application to shorten time to file and hear our motion.
>
> Pursuant to Local Rule 144(e), we must meet and confer and attempt to reach a stipulation with all parties for an order shortening time to hear our motion. Please let me know by the end of this week whether or not each party will agree to an order shortening time.
> If you have any questions, please let me know.
>
> Chris
>
> **Christopher D. Bell**
> **Baker Manock & Jensen, PC**
> 5260 North Palm, Suite 421
> Fresno, CA  93704
> Telephone (559) 432-5400
> Facsimile (559) 432-5620
> cbell@bakermanock.com
>
> ---
>
> This e-mail may contain confidential, privileged information, protected by the attorney-client privilege and work product doctrine, intended only for the use of the addressee. Do not read, copy or disseminate this e-mail unless you are the addressee. If you have received this e-mail in error, please call us (collect) immediately at (559) 432-5400 and ask to speak to the message sender.
>
> Please e-mail the message back to the sender by using the reply feature of your e-mail system. After replying to the sender, please immediately delete this e-mail from your In Box and empty your Trash folder. Thank you.
>
> REQUIRED DISCLOSURE PURSUANT TO U.S. DEPARTMENT OF TREASURY CIRCULAR 230: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments and enclosures) is not intended to be used, and cannot be used, referred to or relied upon, for the purpose of (i)

# Chris Bell

| | |
|---|---|
| **From:** | Mario Beltramo [Mario.Beltramo@mccormickbarstow.com] |
| **Sent:** | Wednesday, April 21, 2010 5:02 PM |
| **To:** | Chris Bell; Robinson, E. Daniel; Haskett, Christine; Daniel Wainwright; Diana.Esquivel@doj.ca.gov; rsalinas@weissmartin.com |
| **Cc:** | Dirk Paloutzian; Peggy Maffei |
| **Subject:** | RE: Activity in Case 1:08-cv-01622-LJO-DLB Van Horn vs. Hornbeak, et al. Minute Order |

We will agree to an order shortening time.


Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein.


>    -----Original Message-----
>    **From:** Chris Bell [mailto:CBell@bakermanock.com]
>    **Sent:** Wednesday, April 21, 2010 2:42 PM
>    **To:** Robinson, E. Daniel; Haskett, Christine; Daniel Wainwright; Diana.Esquivel@doj.ca.gov; rsalinas@weissmartin.com; Mario Beltramo
>    **Cc:** Dirk Paloutzian
>    **Subject:** RE: Activity in Case 1:08-cv-01622-LJO-DLB Van Horn vs. Hornbeak, et al. Minute Order
>
>    Counsel,
>
>    We plan on filing a motion to dismiss in this case in the near future. The grounds for this motion did not arise until after the court's ruling on all summary judgment motions and after the dispositive motion deadline.
>
>    There is not enough time for the motion to be heard before the final pretrial conference and still comply with FRCP 78 and Local Rule 230. Therefore, we will be filing an application to shorten time to file and hear our motion.
>
>    Pursuant to Local Rule 144(e), we must meet and confer and attempt to reach a stipulation with all parties for an order shortening time to hear our motion. Please let me know by the end of this week whether or not each party will agree to an order shortening time.
>    If you have any questions, please let me know.
>
>    Chris
>
>    **Christopher D. Bell**
>    **Baker Manock & Jensen, PC**
>    5260 North Palm, Suite 421
>    Fresno, CA 93704
>    Telephone (559) 432-5400
>    Facsimile (559) 432-5620
>    cbell@bakermanock.com
>
>    ---
>
>    This e-mail may contain confidential, privileged information, protected by the attorney-client privilege and work product doctrine, intended only for the use of the addressee. Do not read, copy or disseminate this e-mail unless you are the addressee. If you have received this e-mail in error, please call us (collect)

# Chris Bell

**From:** Diana Esquivel [Diana.Esquivel@doj.ca.gov]
**Sent:** Wednesday, April 21, 2010 4:01 PM
**To:** Chris Bell; E. Daniel Robinson; Christine Haskett; Daniel.Wainwright@mccormickbarstow.com; mario.beltramo@mccormickbarstow.com; rsalinas@weissmartin.com
**Cc:** Dirk Paloutzian
**Subject:** RE: Activity in Case 1:08-cv-01622-LJO-DLB Van Horn vs.Hornbeak,et al. Minute Order

I agree and will stipulate to an OST.

-Diana

Diana Esquivel
Deputy Attorney General
Office of the Attorney General
Correctional Law Section
1300 I Street, Suite 125
Sacramento, CA 94244
Tel: (916) 445-4928
Fax: (916) 324-5205
Email: Diana.Esquivel@doj.ca.gov


>>> Chris Bell <CBell@bakermanock.com> 4/21/2010 2:41 PM >>>
Counsel,

We plan on filing a motion to dismiss in this case in the near future. The grounds for this motion did not arise until after the court's ruling on all summary judgment motions and after the dispositive motion deadline.

There is not enough time for the motion to be heard before the final pretrial conference and still comply with FRCP 78 and Local Rule 230. Therefore, we will be filing an application to shorten time to file and hear our motion.

Pursuant to Local Rule 144(e), we must meet and confer and attempt to reach a stipulation with all parties for an order shortening time to hear our motion. Please let me know by the end of this week whether or not each party will agree to an order shortening time.
If you have any questions, please let me know.

Chris

**Christopher D. Bell**
**Baker Manock & Jensen, PC**
5260 North Palm, Suite 421
Fresno, CA 93704
Telephone (559) 432-5400
Facsimile (559) 432-5620
cbell@bakermanock.com

---

This e-mail may contain confidential, privileged information, protected by the attorney-client privilege and work product doctrine, intended only for the use of the addressee. Do not read, copy or disseminate this e-mail unless you are the addressee. If you have received this e-mail in error, please call us (collect) immediately at (559) 432-5400 and ask to speak to the message sender.

# Chris Bell

| | |
|---|---|
| **From:** | Goodman, Jesse [jgoodman@cov.com] |
| **Sent:** | Friday, April 23, 2010 3:58 PM |
| **To:** | Chris Bell |
| **Cc:** | Haskett, Christine; Robinson, E. Daniel; Mandujano, Precilla; 'Diana.Esquivel@doj.ca.gov'; 'Daniel.Wainwright@mccormickbarstow.com'; 'rsalinas@weissmartin.com'; 'mario.beltramo@mccormickbarstow.com' |
| **Subject:** | Van Horn v. Hornbeak |

Chris,

I left you a message yesterday, but I haven't heard back from you yet.

We do not agree to the order to shorten time for your potential motion to dismiss, or to allow this motion after the deadline established by the scheduling order. As I mentioned in my phone message, we would like to know the basis for your motion. Although you wrote that the grounds for this motion did not become apparent until all the motions for summary judgment were resolved, we cannot know whether this is accurate unless we know the basis for your motion. Additionally, over three weeks have passed since the Court has ruled on the summary judgment motions, and we are unclear on why your motion could not have been filed sooner.

Please let me know if you have any questions.

Sincerely,

Jesse R. Goodman | **COVINGTON & BURLING LLP**
One Front Street, San Francisco, CA 94111
Tel: (415) 591-7018 | Fax: (415) 955-6518
jgoodman@cov.com | www.cov.com

4/27/2010