## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONDI VAN HORN, | CASE NO. CV F 08-1622 LJO DLB |
| Plaintiff, | **ORDER TO CLERK TO CHANGE CAPTION** |
| vs. | |
| TINA HORNBEAK, et al, | |
| Defendants. / | |

Multiple defendants in this case have been granted summary judgment. For the purpose of ease in processing this case in the future, IT IS HEREBY ORDERED that the names in the caption of this case be changed and now read:

DONDI VAN HORN,

Plaintiff,

v.

JAMES HEINRICH, MADERA COMMUNITY HOSPITAL, TINA DHILLON, NAEEM SIDDIQI,

Defendants.
_____/

IT IS SO ORDERED.

**Dated:   May 11, 2010**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE