# Exhibit D

# Children's Hospital Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

PAGE 1
BILL TYPE: FINAL

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH. DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

| GUARANTOR | INSURANCE COVERAGE |
|---|---|
| VANHORN, PATTI<br>P O BOX 1698<br>8938 CHICKASAW TRAIL<br>LUCERNE VALLEY CA 92356 | M/CAL CCS DEFERRED, M/ |

| SERVICE DATE | REFERENCE NO. | SERVICE DESCRIPTION | CPT/SMA | QTY | AMOUNT |
|---|---|---|---|---|---|
| | | *** PHARMACY *** | | | |
| 08/27/07 | 176540 | ALBUMIN 5% INJ | Z5226 | -1 | -59.65 |
| 08/27/07 | 176540 | ALBUMIN 5% INJ | Z5226 | 6 | 357.90 |
| 08/27/07 | 176819 | CALCIUM GLUC INJ | 90799 | 4 | 78.44 |
| 08/27/07 | 176851 | CEFOTAXIME INJ | X7026 | -9 | -261.72 |
| 08/27/07 | 176851 | CEFOTAXIME INJ | X7026 | 14 | 407.12 |
| 08/27/07 | 177793 | DOPAMINE INJ | X6112 | 2 | 68.36 |
| 08/27/07 | 178250 | HYDROCORTISONE INJ | X5980 | 1 | 23.31 |
| 08/27/07 | 179804 | WATER FOR INJECTION | 90799 | 1 | 19.96 |
| 08/27/07 | 179959 | AA-HYPERALIMENTATION | 90799 | 1 | 595.00 |
| 08/27/07 | 179981 | LIPIDS 20% | 90799 | 1 | 53.70 |
| 08/27/07 | 179994 | THAM 500 ML | 90799 | 1 | 44.30 |
| | | | | | 1326.72 |
| | | *** BLOOD ADMINISTRATION *** | | | |
| 08/27/07 | 677172 | TRANSFUSION, BLOOD COMPONENTS | 36430TC | 1 | 93.50 |
| 08/27/07 | 677172 | TRANSFUSION, BLOOD COMPONENTS | 36430TC | 1 | 93.50 |
| 08/27/07 | 677172 | TRANSFUSION, BLOOD COMPONENTS | 36430TC | 1 | 93.50 |
| | | | | | 280.50 |
| | | *** BLOOD-PACKED RED CELLS *** | | | |
| 08/27/07 | 107148 | LEUKOREDUCED PACK CELLS/QUAD | Z5204 | 1 | 79.50 |
| 08/27/07 | 107148 | LEUKOREDUCED PACK CELLS/QUAD | Z5204 | 1 | 79.50 |
| | | | | | 159.00 |
| | | *** BLOOD, PLASMA *** | | | |
| 08/27/07 | 107070 | FRESH FROZEN PLASMA-QUAD | Z5206 | 1 | 35.00 |
| | | | | | 35.00 |
| | | *** BLOOD STOR/PROCESSING *** | | | |
| 08/27/07 | 677136 | ISSUE/INVENT FEE-FFP ALIQUOT | 86927TC | 1 | 47.00 |
| 08/27/07 | 677135 | ISSUE/INVENT FEE-RBC ALIQUOT | 86900TC | 1 | 48.00 |
| 08/27/07 | 677135 | ISSUE/INVENT FEE-RBC ALIQUOT | 86900TC | 1 | 48.00 |
| | | | | | 143.00 |
| | | *** CARDIOLOGY *** | | | |
| 08/27/07 | 121003 | ECHO CONGENITAL FULL | 93303TC | 1 | 971.25 |
| 08/27/07 | 121009 | CARDIAC DOPPLER | 93320TC | 1 | 338.50 |

ACCOUNT NO. 39852470 TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 8/08

ACC39852470, CISNEROS, RAVENARI D, MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 1/9     Job 24336 (01/06/2009 10:45) - Page 198  Doc# 52

000200

VAN HORN 001236

CONFIDENTIAL

# Children's Hospital
## Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

FINAL BILL TYPE

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY   CA   92356

MEDI-CAL COV:DEFERRED,M/

| SERVICE DATE | ITEM NO. | SERVICE DESCRIPTION | CPT | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 121030 | COLOR FLOW | 93325TC | 1 | 576.00 |
|  |  |  |  |  | 1885.75 |
|  |  | *** LABORATORY *** |  |  |  |
| 08/27/07 | 677107 | CORD BLOOD - HOLD | 86999TC | 1 | 13.25 |
| 08/27/07 | 677110 | MOTHERS BLOOD - HOLD | 86999TC | 1 | 13.25 |
| 08/27/07 | 621071 | BLOOD GAS ANALYSIS | 82805TC | 1 | 209.00 |
| 08/27/07 | 630004 | HEMOGRAM MANUAL DIFFERENTIAL | 85007TC | 1 | 67.75 |
| 08/27/07 | 621179 | COMPREHENSIVE METABOLIC PANEL | 80053TC | 1 | 88.00 |
| 08/27/07 | 625010 | BILIRUBIN,DIRECT | 82248TC | 1 | 19.75 |
| 08/27/07 | 621047 | PHOSPHORUS SERUM | 84100TC | 1 | 19.75 |
| 08/27/07 | 621040 | MAGNESIUM | 83735TC | 1 | 19.75 |
| 08/27/07 | 621068 | TRIGLYCERIDES | 84478TC | 1 | 19.75 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705102 | I-STAT GLUCOSE | 82962ZS | 1 | 22.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705102 | I-STAT GLUCOSE | 82962ZS | 1 | 22.25 |
| 08/27/07 | 621071 | BLOOD GAS ANALYSIS | 82805TC | 1 | 209.00 |
| 08/27/07 | 664022 | GRAM STAIN | 87205TC | 1 | 44.50 |
| 08/27/07 | 664031 | CULTURE ROUTINE | 87070TC | 1 | 171.00 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |

ACCOUNT NO. 39852470   TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 9/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 2/9       Job 24336 (01/06/2009 10:45) - Page 199 Doc# 52

000201

VAN HORN 001237

CONFIDENTIAL

# Children's Hospital
## Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

BILL TYPE: FINAL

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY  CA   92356

INSURANCE COVERAGE: DEFERRED, M/

| SERV DATE | REFERENCE NO. | SERVICE DESCRIPTION | CODE | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 630004 | HEMOGRAM MANUAL DIFFERENTIAL | 85007TC | 1 | 67.75 |
| 08/27/07 | 677020 | COOMBS DIRECT | 86880TC | 1 | 70.25 |
| 08/27/07 | 677141 | ABO GROUP TYPE | 86900TC | 1 | 39.00 |
| 08/27/07 | 677142 | RH TYPE | 86901TC | 1 | 39.00 |
| 08/27/07 | 677021 | COOMBS INDIRECT | 86850TC | 1 | 84.50 |
| 08/27/07 | 677023 | CROSSMATCH -IMMEDIATE SPIN | 86920TC | 1 | 88.00 |
| 08/27/07 | 677018 | ALIQUOT PREP | 86985TC | 1 | 83.25 |
| 08/27/07 | 677109 | IRRADIATION OF BLOOD   CHCC | 86945TC | 1 | 97.00 |
| 08/27/07 | 677168 | ABO RECHECK | 86900ZS | 1 | 13.25 |
| 08/27/07 | 677169 | RH RECHECK | 86901ZS | 1 | 13.25 |
| 08/27/07 | 621038 | LACTIC ACID SERUM | 83605TC | 1 | 94.50 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 621038 | LACTIC ACID SERUM | 83605TC | 1 | 94.50 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |

ACCOUNT NO. 39852470   TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000740 VCH REV. 8/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 3/9       Job 24336 (01/06/2009 10:45) - Page 200  Doc# 52

000202

VAN HORN 001238

CONFIDENTIAL

# Children's Hospital Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

PAGE 4

FINAL BILL TYPE

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY  CA  92356

MEDI-CAL COVERAGE DEFERRED, M/

| SERV DATE | TESTING NO. | SERVICE DESCRIPTION | CPT/HCPCS | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 677018 | ALIQUOT PREP | 86985TC | 1 | 83.25 |
| 08/27/07 | 677109 | IRRADIATION OF BLOOD  CHCC | 86945TC | 1 | 97.00 |
| 08/27/07 | 630022 | PROTHROMBIN TIME | 85610ZS | 1 | 133.50 |
| 08/27/07 | 630017 | PART THROMBOPLAST TIME-PTT | 85730ZS | 1 | 133.50 |
| 08/27/07 | 630012 | FIBRINOGEN QUANT | 85384TC | 1 | 123.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 677037 | ALIQUOT-FFP | 86985TC | 1 | 72.50 |
| 08/27/07 | 677165 | THAW CHARGE | 86927TC | 1 | 22.25 |
| 08/27/07 | 677037 | ALIQUOT-FFP | 86985TC | 1 | 72.50 |
| 08/27/07 | 677165 | THAW CHARGE | 86927TC | 1 | 22.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 705103 | PH,PCO2,PO2 | 82803ZS | 1 | 74.25 |
| 08/27/07 | 705107 | HEMATOCRIT | 85014ZS | 1 | 8.00 |
| 08/27/07 | 705108 | HEMOGLOBIN | 85018ZS | 1 | 8.00 |
| 08/27/07 | 705104 | SODIUM | 84295ZS | 1 | 15.75 |
| 08/27/07 | 705105 | POTASSIUM | 84132ZS | 1 | 15.75 |
| 08/27/07 | 705106 | IONIZED CALCIUM | 82330ZS | 1 | 52.25 |
| 08/27/07 | 677166 | RETYPE CHARGE | 86900TC | 1 | 22.25 |
| 08/27/07 | 677166 | RETYPE CHARGE | 86900TC | 1 | 22.25 |
| 08/27/07 | 664031 | CULTURE ROUTINE | 87070TC | 1 | 171.00 |

ACCOUNT NO. 39852470    TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 9/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 4/9         Job 24336 (01/06/2009 10:45) - Page 201  Doc# 52

000203

VAN HORN 001239

CONFIDENTIAL

# Children's Hospital
## Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

BILL TYPE: ~~FINAL~~

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY  CA   92356

MEDI-CAL COB/SAG DEFERRED, M/

| SERVICE DATE | REFERENCE NO. | SERVICE DESCRIPTION | CODE | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 664031 | CULTURE ROUTINE | 87070TC | 1 | 171.00 |
| 08/27/07 | 664031 | CULTURE ROUTINE | 87070TC | 1 | 171.00 |
| | | | | | 5128.00 |
| | *** | MEDICAL TRANSPORT *** | | | |
| 08/27/07 | 190025 | GROUND TRNS TEAM-INITIAL1/2 HR | | 1 | 533.00 |
| 08/27/07 | 190026 | GROUND TRNS TEAM-SUBSQ 1/2 HRS | | 5 | 1878.75 |
| | | | | | 2411.75 |
| | *** | PHARMACY *** | | | |
| 08/27/07 | 176720 | BERACTANT RT SOL | 90779 | 1 | 3316.61 |
| 08/27/07 | 179058 | PHARMACOKINETIC CONSULT | Z7610 | 1 | 219.00 |
| | | | | | 3535.61 |
| | *** | PHARMACY - INJECTIONS *** | | | |
| 08/26/07 | 178222 | HEPARIN 1/2 U/ML IN NS SYRINGE | X6304 | 12 | 208.32 |
| 08/26/07 | 178861 | 1/2 NS SYRINGE | 90799 | 6 | 105.30 |
| 08/27/07 | 176583 | AMPICILLIN 250 MG INJ | X5588 | 1 | 25.10 |
| 08/27/07 | 176584 | AMPICILLIN 500 MG INJ | X5586 | 2 | 51.06 |
| 08/27/07 | 177728 | DEXTROSE 10% INJ | 90799 | 3 | 69.66 |
| 08/27/07 | 177781 | DOBUTAMINE INJ | X6108 | 1 | 114.65 |
| 08/27/07 | 177913 | EPINEPHRINE INJ | X5528 | 1 | 31.04 |
| 08/27/07 | 178006 | FENTANYL 100 MCG/2 ML INJ | X6206 | 7 | 140.02 |
| 08/27/07 | 178108 | GENTAMICIN INJ | X6240 | -8 | -37.36 |
| 08/27/07 | 178108 | GENTAMICIN INJ | X6240 | 9 | 56.89 |
| 08/27/07 | 178212 | HEPARIN 100 U/1 ML INJ | X6282 | 4 | 36.74 |
| 08/27/07 | 178222 | HEPARIN 1/2 U/ML IN NS SYRINGE | X6304 | 21 | 364.56 |
| 08/27/07 | 178512 | L-CYSTEINE INJ | 90799 | 4 | 27.47 |
| 08/27/07 | 178717 | MIDAZOLAM 1 MG/1 ML INJ | 90799 | 4 | 83.08 |
| 08/27/07 | 178731 | MORPHINE SULF 2 MG/1 ML INJ | 90799 | 1 | 36.85 |
| 08/27/07 | 178861 | 1/2 NS SYRINGE | 90799 | 5 | 87.75 |
| 08/27/07 | 179131 | POT CHLOR INJ | 90799 | -1 | -10.01 |
| 08/27/07 | 179131 | POT CHLOR INJ | 90799 | 3 | 30.03 |
| 08/27/07 | 179437 | SODIUM BICARB INJ | 90799 | 5 | 107.05 |
| 08/27/07 | 179442 | SODIUM CHLOR 0.9% INJ | 90799 | 3 | 60.99 |
| 08/27/07 | 179443 | SODIUM CHLOR 23.4% INJ | 90799 | 1 | 17.92 |
| 08/27/07 | 179656 | TROPHAMINE 10% INJ | 90779 | 40 | 143.66 |
| 08/27/07 | 179736 | VANCOMYCIN INJ | X6998 | -6 | -203.70 |

ACCOUNT NO. 39852470     TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 9/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 5/9        Job 24336 (01/06/2009 10:45) - Page 202 Doc# 52

000204

VAN HORN 001240

CONFIDENTIAL

# Children's Hospital Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

FINAL BILL TYPE

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY CA 92356

M/CAL CCS DEFERRED, M/

| SERV DATE | REFERENCE NO. | SERVICE DESCRIPTION | CPT | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 179736 | VANCOMYCIN INJ | X6998 | 8 | 271.60 |
| 08/27/07 | 179746 | VECURONIUM INJ | 90799 | 3 | 658.14 |
| 08/27/07 | 179901 | 1/2NS W/ADDITIVES | 90799 | 3 | 327.75 |
| 08/27/07 | 179904 | NS W/ADDITIVES | X7700 | 1 | 31.05 |
| 08/27/07 | 179912 | D5W W/ADDITIVES | X7700 | -1 | -109.25 |
| 08/27/07 | 179912 | D5W W/ADDITIVES | X7700 | 7 | 764.75 |
| 08/27/07 | 179931 | D10W W/ADDITIVES | 90799 | 1 | 109.25 |
| 08/27/07 | 179966 | DEXTROSE 70% INJ | 90799 | 1 | 67.73 |
| 08/27/07 | 179995 | INFUSION (mls) | Z7610 | 220 | 796.75 |
| 08/27/07 | 178222 | HEPARIN 1/2 U/ML IN NS SYRINGE | X6304 | 6 | 104.15 |
| 08/27/07 | 178861 | 1/2 NS SYRINGE | 90799 | 6 | 105.31 |
| | | | | | 4674.30 |
| | *** | RESPIRATORY SERVICES *** | | | |
| 08/27/07 | 181208 | RT INTERVENTIONS/1ST 15 MIN | 94799 | 3 | 306.00 |
| 08/27/07 | 181208 | RT INTERVENTIONS/1ST 15 MIN | 94799 | 2 | 204.00 |
| | | | | | 510.00 |
| | *** | NEONATAL ICU *** | | | |
| 08/27/07 | 010160 | NICU/LEVEL III/IV; ROOM N2606/1 | | 1 | 4025.00 |
| | | | | | 4025.00 |
| | *** | MEDICAL/SURGICAL SUPPLIES *** | | | |
| 08/26/07 | 050556 | INSTR SCISSORS DISP; SCISSORS DISPOSABLE 33048-150 | Z7610 | 1 | 10.00 |
| 08/27/07 | 061670 | SNUGGLE UPS DISPOSABLE MEDIUM | X7700 | 1 | 19.00 |
| 08/27/07 | 050511 | BLOOD PRESSURE CUFF | Z7610 | 1 | 11.21 |
| 08/27/07 | 051606 | IV TUB EXT 60" 1.8ML | X7700 | 1 | 10.00 |
| 08/27/07 | 051037 | ADMIN SET 80" W/ FILTER MINI | X7700 | 1 | 85.00 |
| 08/27/07 | 050951 | SUCTION CATH | Z7610 | 1 | 10.00 |
| 08/27/07 | 051114 | ET TUBE MURPHY UNCUFF | Z7610 | 1 | 10.00 |
| 08/27/07 | 059450 | CIRCUIT VENT | Z7610 | 1 | 60.00 |
| 08/27/07 | 056465 | BAG RESUSCITATOR 1/2L BIRD | Z7610 | 1 | 49.05 |
| 08/27/07 | 057066 | PROBE SKIN DISP STS- 400 | Z7610 | 1 | 25.32 |
| 08/27/07 | 054070 | ANES OXISENSOR TRANSDUCER I-20 | Z7610 | 1 | 85.00 |
| 08/27/07 | 059800 | PUMP MEDEX SYRINGE (1) 12 HRS | X7704 | 2 | 101.50 |
| 08/27/07 | 059643 | CARDIO/RESP MONITOR PER 12 HRS | Z7610 | 1 | 76.75 |
| 08/27/07 | 059802 | PUMP MEDEX SYRINGE (3) 12 HRS | Z7610 | 1 | 152.00 |

ACCOUNT NO. 39852470  TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 9/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 6/9    Job 24336 (01/06/2009 10:45) - Page 203  Doc# 52

000205

VAN HORN 001241

CONFIDENTIAL

# Children's Hospital Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

PAGE 7

BILL TYPE: FINAL

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY  CA  92356

MEDICAL COV: DEFERRED, M/

| SERV DATE | ITEM NO. | DESCRIPTION | CPT/HCPC | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 059608 | PUMP MEDEX SYRINGE (9) 12 HRS | Z7610 | 1 | 455.75 |
| 08/27/07 | 059654 | OXIMETER MONITOR  PER 12 HRS | Z7610 | 1 | 226.25 |
| 08/27/07 | 059647 | PTC CO2/O2 MONITOR  PER 12 HRS | Z7610 | 1 | 369.75 |
| 08/27/07 | 059646 | VENTILATOR  PER 12 HRS | Z7610 | 1 | 432.25 |
| 08/27/07 | 059646 | VENTILATOR  PER 12 HRS | Z7610 | 1 | 432.25 |
| 08/27/07 | 059652 | NITRIC OXIDE VENT PER 12 HRS | Z7610 | 1 | 4184.00 |
| 08/27/07 | 059654 | OXIMETER MONITOR  PER 12 HRS | Z7610 | 1 | 226.25 |
| 08/27/07 | 059647 | PTC CO2/O2 MONITOR  PER 12 HRS | Z7610 | 1 | 369.75 |
| 08/27/07 | 059646 | VENTILATOR  PER 12 HRS | Z7610 | 1 | 432.25 |
| 08/27/07 | 190020 | TRANSPORT EKG MONITOR | Z7610 | 1 | 134.50 |
| 08/27/07 | 190023 | TRANSPORT ISOLETTE/GUERNEY | Z7610 | 1 | 309.00 |
| 08/27/07 | 051608 | IV STOPCOCK 3 WAY; STOPCOCK 3W LL MX531-1L | X7700 | 2 | 33.50 |
| 08/27/07 | 051724 | DUODERM; DUODERM X-THIN 4X4" 18 | Z7610 | 12 | 590.28 |
| 08/27/07 | 056850 | CATH SUCTION CLOSED 5FR PEACH; CATHETER SUCT CLOSED 8F PINK | Z7610 | 1 | 92.61 |
| 08/27/07 | 034393 | TUBING EXTENSION; TUBING EXT .2 FILTER 2N3350 | Z7610 | 1 | 5.50 |
| 08/27/07 | 054090 | BLD COMPONENT SET TRAV #4C2223; SET ADMIN BLOOD INF 4C2223 | Z7610 | 1 | 20.07 |
| 08/27/07 | 051541 | INSYTE 20 X 1" IV CATH; IV CATH AUTOGUARD 22GX1 381523 | X7700 | 1 | 10.00 |
| 08/27/07 | 050524 | UMBILICAL CATHETER; CATH UMB VE 5FR LL | Z7610 | 1 | 65.70 |
| 08/27/07 | 051505 | IV CANNULA ANGIOCTH; IV CATH AN 22GX1 2862 | Z7610 | 1 | 14.98 |
| 08/27/07 | 057035 | CATH DUAL LUMEN UMBILICAL 5F; C UMBILICAL DL 5FR UCS5D | Z7610 | 1 | 119.52 |
| 08/27/07 | 040887 | CUSHION GEL FILLED; PILLOW GEL FILLED SQUISHON 2 | Z7610 | 2 | 47.00 |
| 08/27/07 | 041165 | OXISENSOR VARIOUS; SENSOR SOFTC OXIMAX  SC-PR | Z7610 | 1 | 78.75 |
| 08/27/07 | 051550 | IV PRESS TRANSDUC SET NCU30; KI PRESS MONITOR NICU PX24N | X7700 | 1 | 47.39 |
| 08/27/07 | 051608 | IV STOPCOCK 3 WAY; STOPCOCK 3W LL MX531-1L | X7700 | 5 | 83.75 |
| 08/27/07 | 050901 | GI TUB FEED 5 X 16; FEED TUBE I 5FRX15"302005-1 | Z7610 | 11 | 110.00 |

ACCOUNT NO. 39852470    TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 6/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 7/9    Job 24336 (01/06/2009 10:45) - Page 204 Doc# 52

000206

VAN HORN 001242

CONFIDENTIAL

# Children's Hospital Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

PAGE 8

BILL TYPE: FINAL

PATIENT NAME: VANHORN, BABY BOY
ACCOUNT NUMBER: 39852470
ADM DATE: 08/27/07
DISCH DATE: 08/27/07
BILLING DATE: 09/02/07

GUARANTOR: VANHORN, PATTI
P O BOX 1698
8938 CHICKASAW TRAIL
LUCERNE VALLEY CA 92356

MEDICAL COVERAGE: DEFERRED, M/

| SERVICE DATE | SERVICE NO. | DESCRIPTION | CPT | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 051612 | IV TUBE BIFURCATED GOULD; IV SE ADMIN BIFURCATED | X7700 | 2 | 49.40 |
| 08/27/07 | 055537 | LUKENS TUBE 3.25 8CC; TUBE LUKE 3.25" 8CC | Z7610 | 1 | 14.63 |
| 08/27/07 | 051560 | IV FILTER .22 MICRON V5546; FIL PALL 0.2 W/EXT ELD96LYL | X7700 | 2 | 73.50 |
| 08/27/07 | 059040 | T CONNECTOR WITH SWIVEL; IV SET T CONN ROTAT 2N3328 | X7700 | 3 | 135.00 |
| 08/27/07 | 059039 | SET INTERLINK Y-TYPE; IV SET EX TYPE 2N3371 | Z7610 | 7 | 70.00 |
| 08/27/07 | 051038 | ADMIN SET 24" W/60" MINI; IV SE ADMIN 24"60"LIPID | Z7610 | 12 | 1020.00 |
| 08/27/07 | 051037 | ADMIN SET 80" W/ FILTER MINI; I SET ADMIN 60"FILTER | X7700 | 6 | 510.00 |
| 08/27/07 | 051611 | IV TUBE BORE MICRO 60" 0.3ML; I SET EXT TUB 72"LL 1.25 ML | X7700 | 6 | 60.00 |
| 08/27/07 | 034393 | TUBING EXTENSION; TUBING EXT .2 FILTER 2N3350 | Z7610 | 10 | 55.00 |
| 08/27/07 | 059040 | T CONNECTOR WITH SWIVEL; IV SET T CONN ROTAT 2N3328 | X7700 | 1 | 45.00 |
| 08/27/07 | 059039 | SET INTERLINK Y-TYPE; IV SET EX TYPE 2N3371 | Z7610 | 1 | 10.00 |
| 08/27/07 | 050511 | BLOOD PRESSURE CUFF; CUFF BP DI NEO SZ3 6-11CM | Z7610 | 1 | 11.21 |
| 08/27/07 | 005911 | CIRCUIT VARIOUS; CIRCUIT NEO DU HEAT WIRE 4' | Z7610 | 1 | 38.16 |
| 08/27/07 | 054090 | BLD COMPONENT SET TRAV #4C2223; SET ADMIN BLOOD INF 4C2223 | Z7610 | 1 | 20.07 |
| 08/27/07 | 050499 | SUTURES; SUTURE SILK 4-0 PS-2 1 | Z7610 | 1 | 23.75 |
| 08/27/07 | 050840 | URINARY URIMETER 8000; URINE ME 7000LL | Z7610 | 1 | 30.38 |
| 08/27/07 | 055460 | PACK GOWN SMALL; GOWN DISP STER BACK LG 9515 | Z7610 | 1 | 10.89 |
| 08/27/07 | 056090 | OXISENSOR NEONATAL N-25; SENSOR PULSE OXIMAX NEO | Z7610 | 1 | 25.25 |
| 08/27/07 | 050522 | UMBILICAL CATH; CATH UMB VESSEL 3.5FR LL | Z7610 | 1 | 62.50 |
| 08/27/07 | 051505 | IV CANNULA ANGIOCTH; IV CATH AN | Z7610 | 1 | 14.98 |

ACCOUNT NO. 39852470   TOTAL →

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 0/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 8/9      Job 24336 (01/06/2009 10:45) - Page 205 Doc# 52

000207

VAN HORN 001243

CONFIDENTIAL

# Children's Hospital
## Central California

9300 Valley Children's Place
Madera, CA 93638 / (559) 353-3000

IRS #94-1294954

WHEN REFERRING TO THIS ACCOUNT, PLEASE USE ACCOUNT NO. CHARGE DATES DO NOT NECESSARILY REFLECT DATE OF SERVICE

BILL TYPE: FINAL

| PATIENT NAME | ACCOUNT NUMBER | ADM DATE | DISCH DATE | BILLING DATE |
|---|---|---|---|---|
| VANHORN, BABY BOY | 39852470 | 08/27/07 | 08/27/07 | 09/02/07 |

| GUARANTOR | MEDICAL COVERAGE |
|---|---|
| VANHORN, PATTI<br>P O BOX 1698<br>8938 CHICKASAW TRAIL<br>LUCERNE VALLEY  CA   92356 | DEFERRED, M/ |

| SERVICE DATE | REFERENCE NO. | SERVICE DESCRIPTION | CPT/SMA | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/27/07 | 051505 | 16G 1.88"381157<br>IV CANNULA ANGIOCTH; IV CATH AN<br>18G 1.88"381147 | Z7610 | 1 | 14.98 |
| 08/27/07 | 051505 | IV CANNULA ANGIOCTH; IV CATH AN<br>22GX1 2862 | Z7610 | 1 | 14.98 |
| 08/27/07 | 005911 | CIRCUIT VARIOUS; CIRCUIT NEO DU<br>HEAT WIRE 4' | Z7610 | 1 | 38.16 |
| 08/28/07 | 050556 | INSTR SCISSORS DISP; SCISSORS<br>DISPOSABLE 33048-150 | Z7610 | 1 | 10.00 |
| 08/28/07 | 051724 | DUODERM; DUODERM X-THIN 4X4" 18 | Z7610 | 1 | 49.19 |
| 08/28/07 | 051541 | INSYTE 20 X 1" IV CATH; IV CATH<br>INSYTE 24GX.56 381511 | X7700 | 3 | 30.00 |
| 08/28/07 | 059040 | T CONNECTOR WITH SWIVEL; IV SET<br>T CONN ROTAT 2N3328 | X7700 | 1 | 45.00 |
| 08/28/07 | 051611 | IV TUBE BORE MICRO 60" 0.3ML; I<br>SET EXT TUB 72"LL 1.25 ML | X7700 | 2 | 20.00 |
| 08/28/07 | 034393 | TUBING EXTENSION; TUBING EXT .2<br>FILTER 2N3350 | Z7610 | 4 | 22.00 |
|  |  |  |  |  | 12119.91 |
|  | *** | RADIOLOGY-DIAGNOSTIC *** |  |  |  |
| 08/27/07 | 142052 | CHEST 1 VIEW | 71010TC | 1 | 120.50 |
| 08/27/07 | 142176 | ABDOMEN 1 VIEW | 74000TC | 1 | 132.50 |
| 08/27/07 | 142052 | CHEST 1 VIEW | 71010TC | 1 | 120.50 |
| 08/27/07 | 142052 | CHEST 1 VIEW | 71010TC | 1 | 120.50 |
| 08/27/07 | 142176 | ABDOMEN 1 VIEW | 74000TC | 1 | 132.50 |
| 08/27/07 | 142052 | CHEST 1 VIEW | 71010TC | 1 | 120.50 |
| 08/27/07 | 142052 | CHEST 1 VIEW | 71010TC | 1 | 120.50 |
|  |  |  |  |  | 867.50 |
|  |  | TOTAL |  |  | 37102.04 |

ACCOUNT NO. 39852470    TOTAL → 37102.04

Bills are payable in full upon receipt. Charges and credits not in business office at time of discharge will be billed to you at a later date. Retain this statement for insurance and tax purposes. Your physician, surgeon, assistant surgeon, anesthesiologist and radiologist bill separately for their services.

000748 VCH REV. 9/98

ACC39852470,CISNEROS, RAVENARI D,MR 849181, Children's Hospital 9300 Valley Children's Place Madera, CA 93638
Patient Accounting Itemized Bill Interf2 - Page 9/9          Job 24336 (01/06/2009 10:45) - Page 206  Doc# 52

000208

VAN HORN 001244

CONFIDENTIAL