FILED

JUL 0 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONDI VAN HORN,          Plaintiff,          v.        TINA DHILLON,          Defendant. | CASE NO. CV F 08-1622 LJO DLB    **JUDGMENT** |

This action came on regularly for trial on June 28, 2010 in the United States District Court, Eastern District of California, the Honorable Judge Lawrence J. O'Neill presiding. Plaintiff Dondi Van Horn (hereinafter "Plaintiff") appeared by attorneys Christine S. Haskett, E. Daniel Robinson, Jesse Goodman, and Bradley Chernin of Covington & Burling LLP, and Defendant Tina Dhillon, M.D. (hereinafter "Dr. Dhillon") appeared by attorney Richard Salinas of Weiss Martin Salinas & Hearst. A jury of persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its special verdict, a true and correct conformed copy of which is attached hereto as Exhibit "A".

/////

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that, pursuant to the jury's verdict, the Court of the Eastern District of California hereby orders that plaintiff recover nothing against Dr. Dhillon, and the action be dismissed on the merits. Costs, if any, will be determined following a timely filed Memorandum of Costs.

IT IS SO ORDERED.

DATED: July 9, 2010

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

**FILED**

JUL 0 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONDI VAN HORN, | CASE NO. CV F 08-1622 LJO DLB |
| Plaintiff, | **SPECIAL VERDICT FORM** |
| vs. | |
| TINA DHILLON, | |
| Defendants. | |

We, the jury, unanimously find the following verdict on the questions submitted to us:

**Question 1:** Was Dr. Dhillon negligent in her treatment of Dondi Van Horn?

Yes _____   No __X__

If you answered "yes," go to Question 2.

If you answered "no," date, sign and return the verdict form.

**Question 2:** Was Dr. Dhillon's negligence a substantial factor in causing harm to Dondi Van Horn?

Yes _____   No _____

Go to Question 3.

1

**EXHIBIT A**

1  **Question 3:** Was the negligence of the following person(s) a substantial factor in causing
2  harm to Dondi Van Horn?

3        Dr. Naeem Siddiqi              Yes _____   No _____
4        Madera Community Hospital      Yes _____   No _____
5        Dr. Daun Martin                Yes _____   No _____
6        Dr. Pal Virk                   Yes _____   No _____
7        Tina Hornbeak                  Yes _____   No _____

8  Go to Question 4.

9  **Question 4:** What is the amount of damages, including economic and non-economic
10 damages, suffered by plaintiff Dondi Van Horn?

11 Damages:

12      (1)   Economic Damages               $_____
13      (2)   Non-economic damages           $_____
14                                    Total: $_____

15
16 **Question 5:** For Dr. Heinrich and for any person/entity you answered "yes" in Question # 3,
17 answer the following question. What percentage of responsibility for Dondi Van Horn's harm do
18 you assign to the following?

19       Dr. Dhillon                       _____%
20       Dr. Heinrich                      _____%
21       Dr. Naeem Siddiqi                 _____%
22       Madera Community Hospital         _____%
23       Dr. Daun Martin                   _____%
24       Dr. Pal Virk                      _____%
25       Tina Hornbeak                     _____%
26                                   Total: 100%
27
28

2

1 | Sign, date and return this verdict.

3 | Dated: July __1__, 2010

*[signature]*
PRESIDING JUROR