Mario L. Beltramo, Jr., # 053146
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

DONDI VAN HORN,

Plaintiff,

v.

JAMES HEINRICH individually and as a physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; NAEEM SIDDIQI an individual,

Defendants.

Case No. 08 CV-01622-LJO-DLB

**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, MADERA COMMUNITY HOSPITAL, FROM THIS LITIGATION**

**Trial Date:** June 28, 2010
**Judge:** Hon. Lawrence O'Neill

IT IS HEREBY STIPULATED by and between Plaintiff, DONDI VAN HORN, and Defendant, MADERA COMMUNITY HOSPITAL (hereinafter "MCH"), through their designated counsel, that the above-captioned action and claims against MCH be and hereby is **dismissed**, **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1).

FURTHERMORE, the Court already indicated, on the record, that MCH would be dismissed from this litigation at the start of the June 28, 2010 trial against the remaining defendants, at the time, TINA DHILLON and JAMES HEINRICH.

Plaintiff's claims against the other named Defendants are not affected by this dismissal, with prejudice, of MCH from this litigation.

IT IS FURTHER STIPULATED that DONDI VAN HORN and MCH each hereby waive

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, MADERA COMMUNITY HOSPITAL, FROM THIS LITIGATION

any and all past, current or future claims for costs and/or fees associated with the above-captioned action and as more fully outlined in the Settlement Agreement & Release executed by Plaintiff and MCH.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: July 13, 2010

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Daniel L. Wainwright
Mario L. Beltramo, Jr.
Daniel L. Wainwright
Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

Dated: July 13, 2010

COVINGTON & BURLING LLP

By: /s/ E. Daniel Robinson
E. Daniel Robinson
Attorneys for Plaintiff
DONDI VAN HORN

2

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, MADERA COMMUNITY HOSPITAL, FROM THIS LITIGATION

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

**ORDER DISMISSING DEFENDANT, MCH**

**PURSUANT TO THE STIPULATION OF THE PARTIES, AS SET FORTH ABOVE, AND GOOD CAUSE APPEARING IT IS ORDERED AS FOLLOWS**:

Defendant, MADERA COMMUNITY HOSPITAL, is hereby dismissed, with prejudice, from this litigation effective June 28, 2010.

Date: July 15, 2010

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill
Judge, U. S. District Court

66215/00060-1586661.v2

3

JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, MADERA COMMUNITY HOSPITAL, FROM THIS LITIGATION

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501