FILED

UNITED STATES COURT OF APPEALS

JUL 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONDI VAN HORN, | No. 09-16215 |
| Plaintiff - Appellant, | D.C. No. 1:08-cv-01622-LJO-DLB |
| v. | ORDER |
| TINA HORNBECK, individually and as Warden of Valley State Prison for Women; JAMES E. TILTON, individually and as Secretary of the C.D.C. and Rehabilitation; ROBIN DEZEMBER individually and as Chief Deputy Secretary of California Department of Corrections and Rehabilitation; JEFF THOMPSON, individually and as Director of California Department of Corrections and Rehabilitation; ROBERT SILLEN, individually and as former California Health System Receiver; CLARK KELSO, individually and as acting California Health System Receiver; VIRK, Doctor, individually and as Chief Medical Officer of Valley State Prison for Women; JAMES HEINRICH individually and as physician employed at Valley State Prison for Women; MADERA COMMUNITY HOSPITAL; TINA DHILLON an individual; NAEEM SIDDIQI, an individual, | |
| Defendants - Appellees. | |

Before: W. FLETCHER and N.R. SMITH, Circuit Judges, and PRO,[*] District Judge.

The parties' stipulated motion to voluntarily dismiss the appeal is hereby GRANTED. The copy of this order shall act as and for the mandate of this court.

---

[*] The Honorable Philip M. Pro, United States District Judge for the District of Nevada , sitting by designation.