Dirk B. Paloutzian #173676  
Christopher D. Bell, # 247082  
BAKER MANOCK & JENSEN, PC  
5260 N. Palm Avenue, Fourth Floor  
Fresno, CA  93704  
Telephone:    (559) 432-5400  
Facsimile:     (559) 432-5620  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant NAEEM SIDDIQI, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| DONDI VAN HORN, | Case No. 08-CV-01622-LJO-DLB |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT NAEEM SIDDIQI FROM THIS LITIGATION** |
| JAMES HEINRICH, MADERA COMMUNITY HOSPITAL, TINA DHILLON, NAEEM SIDDIQI, | |
| Defendants. | Trial Date:  June 28, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff DONDI VAN HORN and Defendant NAEEM SIDDIQI, M.D. (hereinafter Dr. Siddiqi) through their designated counsel, that the above-captioned action and claims against Dr. Siddiqi be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

FURTHERMORE, the Court already indicated, on the record, that Dr. Siddiqi would be dismissed from this litigation at the start of the June 28, 2010 trial against the remaining defendants, TINA DHILLON and JAMES HEINRICH.

Plaintiff's claims against the other named Defendants are not affected by this dismissal, with prejudice, of Dr. Siddiqi from this litigation.

IT IS FURTHER STIPULATED that DONDI VAN HORN and Dr. Siddiqi each hereby waive any and all past, current or future claims for costs and/or fees associated with the above-captioned action and as more fully outlined in the Settlement Agreement and Release of All Claims executed by Plaintiff and Dr. Siddiqi.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATE: October 29, 2010           Respectfully submitted,

BAKER MANOCK & JENSEN, PC

By /s/ Dirk B. Paloutzian
Dirk B. Paloutzian
Christopher D. Bell
Attorneys for Defendant NAEEM SIDDIQI, M.D.

COVINGTON & BURLING LLP

DATED: October 29, 2010          By /s/ E. Daniel Robinson
E. Daniel Robinson
Attorneys for Plaintiff
DONDI VAN HORN

**ORDER DISMISSING DEFENDANT NAEEM SIDDIQI**

PURSUANT TO THE STIPULATION OF THE PARTIES, AS SET FORTH ABOVE, AND GOOD CAUSE APPEARING IT IS ORDERED AS FOLLOWS:

Defendant NAEEM SIDDIQI is hereby dismissed, with prejudice, from this litigation effective October 29, 2010.

Dated: 10/29/2010                /s/ LAWRENCE J. O'NEILL
Lawrence J. O'Neill
United States District Court Judge

DMS: 843445_1